P. P. Woodard and Stanley Timmins, both of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for eight years.

It was charged in the indictment, in substance, that appellant, with malice aforethought, killed Ben Fields by shooting him with a gun.

## ROGERS v. STATE.
### No. 20041.

Court of Criminal Appeals of Texas.
Dec. 21, 1938.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of driving an automobile while intoxicated, and sentenced to serve a term of one year in the penitentiary.

The indictment appears regular. The evidence heard upon the trial is not brought forward for review. Appellant entered a plea of guilty to the offense charged in the indictment, and presented no complaint of the procedure followed upon the trial.

No error having been perceived or pointed out, the judgment is affirmed.